**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**IN RE: Joseph Lee Powell**                       **CASE NO.: 16-61514**
**Kathy Bateman Powell**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing<br>Name of Transferee | Ditech Financial<br>F/K/A Green Tree Servicing, LLC<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Phone: 800-365-7107
Last Four Digits of Acct #: 3815

Court Claim # (if known): 13-1
Amount of Claim: $24,833.29
Date Claim Filed: 11/29/2016

Phone: (888) 298-7785
Last Four Digits of Acct #: 6244

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keith Labell                             Date: April 28, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**IN RE: Joseph Lee Powell**     CASE NO.: 16-61514
**Kathy Bateman Powell**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 29th 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Joseph Lee Powell
447 George Bateman Drive
Ridgeway, VA 24148-4425

Kathy Bateman Powell
447 George Bateman Drive
Ridgeway, VA 24148-4425

And via electronic mail to:

Malissa Lambert Giles
Giles & Lambert PC
P O BOX 2780
ROANOKE, VA 24001

Christopher T. Micale (393585)
15 Salem Ave SE Ste 300
Roanoke, VA 24011-1419

USTrustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

**Robertson, Anschutz, Schneid & Crane LLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Tia Morris
Email:timorris@rascrane.com